**ORIGINAL**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 15-236C

(Filed: April 17, 2015)

**FILED**
APR 1 7 2015
U.S. COURT OF
FEDERAL CLAIMS

|  |  |
|---|---|
| BRANDON LEE WALZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| UNITED STATES, | ) ) |
| Defendant. | ) ) |

ORDER

On March 6, 2015, plaintiff, Mr. Brandon Lee Walz, submitted a complaint for filing with the court but did not provide the requisite filing fee with that submission. The clerk's office nonetheless filed the complaint but required Mr. Walz to pay the filing fee by April 15, 2015. Mr. Walz has not paid the fee. As a result, plaintiff's complaint is DISMISSED for failure to pay the filing fee. The clerk will enter judgment.

No costs.

It is so ORDERED.

Charles F. Lettow
Judge